AO 247 (Rev. 03/19)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)       Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

District of Nebraska

United States of America )
v. )
ROMAN ANTHONY PERALES )
) Case No: 8:19CR253-001
) USM No: 26818-047
Date of Original Judgment: 07/31/2020 )
Date of Previous Amended Judgment: )  David R. Stickman
*(Use Date of Last Amended Judgment if Any)*  *Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  33 months on Count IV  ~~months~~ **is reduced to**  30 months on Count IV  .
*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

The 120 months imprisonment on Count V, to be served consecutive to Count IV, remains unchanged.

Except as otherwise provided, all provisions of the judgment dated  07/31/2020  shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 04/10/2024

*Judge's signature*

Effective Date: _____
*(if different from order date)*

Robert F. Rossiter, Jr., Chief U.S. District Court Judge
*Printed name and title*