IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 8:19CR253 |
| Plaintiff, | |
| v. | JUDGMENT |
| ROMAN ANTHONY PERALES, | |
| Defendant. | |

Pursuant to the Memorandum and Order (Filing No. 62) entered on February 26, 2024, judgment is entered in favor of the United States of America and against Roman Anthony Perales.

Dated this 13th day of May 2024.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge